# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00476-CR

**The State of Texas, Appellant**

**v.**

**Abel Valdez, Appellee**

### FROM THE 433RD DISTRICT COURT OF COMAL COUNTY,
### NO. CR2024-477D, THE HONORABLE DIB WALDRIP, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The State of Texas appealed the trial court's oral ruling suppressing evidence, and this Court abated the appeal and remanded this cause to the trial court for entry of a signed order memorializing its oral ruling. *State v. Valdez*, No. 03-26-00476-CR, 2026 WL 1578826, at *1 (Tex. App.—Austin June 3, 2026, no pet.) (order & mem. op.). On remand, the trial court signed an order rescinding its oral ruling. Thus, there is no appealable judgment or order for our review. We lift the abatement, reinstate the appeal, and dismiss it for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *State v. Kaiser*, 822 S.W.2d 697, 698-99, 702 (Tex. App.—Fort Worth 1991, pet. ref'd) (dismissing appeal for want of jurisdiction because it was not taken from order granting motion to suppress evidence under Texas Code of Criminal Procedure article 44.01(a)(5)).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed:   July 17, 2026

Do Not Publish